

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

CHAMBERS OF
M. Miller Baker
Judge

July 21, 2021

Via CM/ECF

    Re:  *Fedmet Resources Corp. v. United States*
          Court No. 21-00248

To All Counsel:

    The above-captioned matter has been assigned to these chambers. USCIT Rule 56.2(a) requires the Court to enter a scheduling order promptly after receiving the parties' joint status report and proposed briefing schedule.

    Accordingly, all parties shall confer and file a joint status report and an agreed proposed briefing schedule via CM/ECF no later than Friday, August 20, 2021. In proposing the briefing schedule, the Court encourages all parties to carefully consider their competing commitments and to propose realistic dates they should be able to meet.

    The Court has issued an order (ECF 13) referring the parties to instructions for preparing the joint appendix.[1] Subsequently, the court has received the confidential (ECF 21) and public (ECF 22) versions of the administrative record. Because the entire record has been filed, the parties are to employ the "designation method" of joint appendix preparation described in ¶ 3 of the joint appendix preparation instructions. Plaintiff is to Bates-stamp the entire administrative record consistent with the Bates format, deadlines, and page numbering order stated in those instructions, and the parties are to propose a briefing schedule consistent with that method.

    Additionally, this case involves an intervening party. The joint appendix instructions do not address the deadlines for an intervenor's briefing. The proposed briefing schedule must propose a briefing deadline for the intervenor that is later than the deadline for the party supported in order to avoid the repetition of arguments made in the earlier-filed briefs, and it must include an

---

[1] https://www.cit.uscourts.gov/sites/cit/files/Joint%20Appendix%20Preparation%20in%20Cases%20Assigned%20to%20Judge%20Baker.pdf.

Court No. 21-00248                                                                                              Page 2

appropriately-reduced word count limitation for the intervenor. If the intervening party does not intend to file a substantive brief, please indicate as such.

In the event the parties are unable to agree, each party shall file a status report and a proposed briefing schedule no later than August 20, 2021. Counsel shall then call the Case Manager, Casey Anne Cheevers, at 212-264-1615 by close of business on Monday, August 23, 2021, to schedule a conference call with chambers to resolve the matters in dispute.

Please be advised the Court will be available to assist in settlement negotiations if the likelihood of settlement warrants this use of judicial resources.

Sincerely,

/s/ *M. Miller Baker*
M. Miller Baker, Judge