UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FEDMET RESOURCES CORPORATION<br>    *Plaintiff,*<br>v.<br>UNITED STATES,<br>    *Defendant,*<br>and<br>MAGNESIA CARBON BRICKS FAIR TRADE COMMITTEE,<br>    *Defendant-Intervenor.* | Court No. 21-00248<br><br>Before: M. Miller Baker, Judge |

**ORDER**

This matter is before the court on the government's motion for voluntary remand (ECF 37). Plaintiff consents to the relief sought. Defendant-Intervenor is not opposed to voluntary remand but wants the remand order to apply the protective order the court entered on June 24, 2021, to the remand proceedings such that authorized counsel will have access to confidential information during the remand proceeding. This court does not have the authority to apply a judicial protective order to agency proceedings, so the court cannot grant the relief requested by Defendant-Intervenor. Accordingly, it is

**ORDERED** that the government's motion for voluntary remand is **GRANTED**; it is further

**ORDERED** that the December 3, 2020, determination and April 13, 2021, administrative review determination by U.S. Customs and Border Protection are remanded to the agency for further consideration; it is further

**ORDERED** that the briefing schedule on Plaintiff's motion for judgment on the agency record (ECF 32, confidential; ECF 33, public) is **SUSPENDED** until further order from the court; it is further

**ORDERED** that the remand results shall be filed with the court no later than 120 days after the date of this order; it is further

**ORDERED** that the government shall file the administrative record no later than 14 days after filing the remand results; it is further

**ORDERED** that the parties will propose a new briefing schedule within 14 days of the filing of the remand determination; it is further

**ORDERED** that the provisions of the order (ECF 13) respecting document formatting and joint appendix preparation entered on June 10, 2021, will continue to apply to all post-remand filings with the exceptions of the remand results and the administrative record; it is further

**ORDERED** that the provisions of the protective order (ECF 17) entered on June 24, 2021, will apply to the post-remand proceedings; and it is further

3

**ORDERED** that the court retains jurisdiction over this action during the remand period.

| | | |
|---|---|---|
| Dated: | January 6, 2022<br>New York, New York | /s/ *M. Miller Baker*<br>M. Miller Baker, Judge |

3