UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| FEDMET RESOURCES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES, | ) )  Court No. 21-00248 |
| Defendant, | ) ) ) |
| and | ) ) |
| MAGNESIA CARBON BRICKS FAIR TRADE COMMITTEE, | ) ) ) |
| Defendant-Intervenor. | ) ) |

## ORDER

Upon review of defendant's motion to stay this action based on U.S. Customs and Border Protection's (CBP) determination, on remand, to pursue a covered merchandise referral from the Department of Commerce pursuant to 19 U.S.C. § 1517(b)(4)(A) and to suspend the briefing schedule; and all other pertinent papers, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that this action is stayed until 30 days after Commerce issues its final determination on the covered merchandise; and it is further

ORDERED that within 60 days of the date that Commerce issues its final determination on the covered merchandise, CBP shall file its remand redetermination; and it is further

ORDERED that within 14 days of CBP's filing of the remand redetermination, the parties shall file a joint status report and proposed briefing schedule informing the Court of their position as to how this case should proceed; and it is further

ORDERED that CBP's current deadline for filing the remand redetermination and the briefing under the current scheduling order is suspended.

| | |
|---|---|
| Dated:   <u>June 7, 2022</u><br>          New York, NY | <u>/s/ *M. Miller Baker*</u><br>         JUDGE |