Form 18A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 18A**

|  |
|---|
| Plaintiff,<br>v.<br>Defendant. |

**NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)**

PLEASE TAKE NOTICE that _____, an attorney with _____, who previously entered an appearance on behalf of _____ in this action [and the related actions listed in the attached schedule], is no longer participating in this action.  Please remove his/her CM/ECF access to business proprietary information and assure that he/she is no longer served with business proprietary information.

Date: _____

_____
Attorney

_____
Agency

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

_____
E-mail Address

**Form 18A-2**

Schedule to Notification of Termination of Government Attorney
Access to Business Proprietary Information

| Court Number(s) | Case Name |
|---|---|
|  |  |

(As added Dec. 4, 2012, eff. Jan. 1, 2013.)